IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK DELAMORA,** | Case No. 2:17-cv-00871 MCE-EFB (HC) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **BAUGHMAN, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before October 5, 2017.

Dated: August 31, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

